AO 455(Rev. 5/85) Waiver of Indictment

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

LUIS ALBERTO ALGARA-MONTELONGO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 2297-BTM

I, LUIS ALBERTO ALGARA-MONTELONGO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/11/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUL 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Luis Alberto A.M.
Defendant

Counsel for Defendant

Before
Judicial Officer