**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA )
vs )
Luis Alberto Algara-Montelongo )

CASE NUMBER 08CR2297-BTM

ABSTRACT OF ORDER

Booking No. 38643198

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 7/31/08

the Court entered the following order:

X Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $___ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for ___ years.

___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court:

___ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

X Case Dismissed. w/o prejudice as to this case only

___ Defendant to be released to Pretrial Services for electronic monitoring.

X Other. D/A has been indicted in case 08CR2520-BTM

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

OR

Received [signature]
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk
V. Lee

Crim-9 (Rev 6-95)

★ U.S. GPO: 1998-783-398/40151

CLERKS' COPY